WEINTRAUB LAW GROUP, PC
Amber L. Condron, Esq., SBN 249416
Richard A. Weintraub, Esq., SBN 82882
10085 Carroll Canyon Road, Suite 230
San Diego, California  92131
Telephone (858)566-7010
Facsimile (858)566-7015

Attorney for Defendant CommunityLeader, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Crowdsourcing, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>CommunityLeader, Inc.,<br><br>    Defendant, | Case No.: CV-14-3098 YGR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME AND TO OTHERWISE RESPOND TO COMPLAINT<br><br>* AND SETTING COMPLIANCE HEARING * |

Upon consideration of the Defendant's Administrative Motion for an Extension of Time and to Answer or Otherwise Respond to Complaint, it is hereby ORDERED that the motion is GRANTED.  Defendant's response to Plaintiff's Complaint is due September ~~4~~ 5th, 2014.

Dated this __4th__ day of ~~August~~ September 2014

_[signature]_
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

In light of the acrimony between the parties, the Court imposes the Northern District Guidelines for Professional Conduct in this case.  The parties are required to certify that they have read the Guidelines.  A hearing as to the parties' compliance with this Order shall be held on Friday, September 19, at 9:01 a.m. in Courtroom 1 in Oakland.  Five days before the hearing, the parties shall file a statement of compliance with this Order.  If the Court is satisfied with the parties' responses, the compliance hearing will be taken off-calendar and no appearance will be required.