**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWDSOURCING, LLC,** | Case No.: **14-CV-3098 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| **vs.** | |
| **COMMUNITYLEADER, INC.,** | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from Monday, October 6, 2014 to **Monday, December 15, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

IT IS SO ORDERED.

Dated:  October 1, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE