UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CROWDSOURCING, LLC**,<br>　　　　Plaintiff,<br>　　v.<br>**COMMUNITYLEADER, INC.**,<br>　　　　Defendant. | Case No.  14-cv-03098-YGR<br><br>**ORDER ON MOTION TO DISMISS;**<br>**REFERRING CASE TO MANDATORY**<br>**SETTLEMENT CONFERENCE** |

　　　　On November 18, 2014, the Court heard argument on the motion of Counter-Defendant Crowdsourcing, LLC to dismiss certain counterclaims advanced by Counterclaimant Communityleader, Inc.  (Dkt. No. 25.)  Having carefully considered the arguments of counsel presented at the hearing and in the papers submitted, as well as the pleadings in this action, for the reasons set forth on the record, the motion is **GRANTED WITH LEAVE TO AMEND**.

　　　　As ordered on the record, pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Ryu to conduct a settlement conference.  Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

　　　　In the event that the case does not settle, Communityleader, Inc.'s amended counterclaim shall be filed no later than February 13, 2015.

　　　　This terminates Docket No. 25.

　　　　**IT IS SO ORDERED.**

Dated:  November 18, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT