UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWDSOURCING, LLC<br><br>                        Plaintiff,<br><br>    v.<br><br>COMMUNITYLEADER, INC.<br><br>                      Defendant. | Case No. CV-14-3098 YGR<br><br>ORDER TO DISMISS WITH PREJUDICE<br><br>*AS MODIFIED BY THE COURT*<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Mag. Judge: Hon. Donna M. Ryu |

**ORDER**

    Upon reading and filing the foregoing Stipulation to Dismiss with Prejudice, and the court being otherwise fully advised:

**IT IS SO ORDERED.**

1. All claims and counter-claims by and between the above-named Plaintiff and Defendant are hereby dismissed with prejudice; and

2. All parties will bear their own attorneys' fees and costs and incurred to date.

Date:    February 10, 2015

                                      _____
                                      **Yvonne Gonzalez Rogers,**
                                      **United States District Court Judge**
                                      **Northern District of California**

Prepared By:
John Di Giacomo (P73056)
Revision Legal, PLLC